[This decision has been published in *Ohio Official Reports* at 95 Ohio St.3d 1223.]

**WINSTON; HUMPHRIES ET AL., APPELLANTS, *v*. ILLINOIS NATIONAL INSURANCE COMPANY, APPELLEE.**

**[Cite as *Winston v. Illinois Natl. Ins. Co.*, 2002-Ohio-2582.]**

*Appeal dismissed as improvidently allowed.*

(No. 2001-1030—Submitted May 7, 2002—Decided June 19, 2002.)

APPEAL from the Court of Appeals for Hamilton County, Nos. C-000251 and C-000265.

————————————

{¶1} The cause is dismissed, sua sponte, as having been improvidently allowed.

{¶2} The court orders that the court of appeals' opinion not be published in the Ohio Official Reports and that it may not be cited as authority except by the parties inter se.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

Lindhorst & Dreidame Co., L.P.A., Dale A. Stalf and Michael F. Lyon, for appellants Jeffrey and Donna Humphries, Theresa and James Jacobs, Dannie Brewer, and Verna Beck.

Gary F. Franke Co., L.P.A., and Gary F. Franke, for appellant Luther Anspach.

Baker & Hostetler, L.L.P., and Rodney L. Drinnon; Vorys, Sater, Seymour & Pease, L.L.P., Thomas B. Ridgley and Eric L. Emerson, for appellee.

————————————